**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Career Matching Platform, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-3188873 |

**4.**    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 157 East 86th Street<br>New York, NY 10028 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | https://cmp.jobs/ |

**6.**    **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Career Matching Platform, Inc.                                          Case number (*if known*) _____
              Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor    Career Matching Platform, Inc.                                Case number *(if known)* _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

      Contact name _____

      Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**  .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Career Matching Platform, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 7, 2024
MM / DD / YYYY

**X** /s/  Boris Rozman                                        Boris Rozman
Signature of authorized representative of debtor                 Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Dawn Kirby                                        Date   May 7, 2024
Signature of attorney for debtor                              MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone   (914) 401-9500        Email address   dkirby@kacllp.com

2733004 NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name     Career Matching Platform, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 7, 2024      **X** /s/   Boris Rozman
                                           Signature of individual signing on behalf of debtor

                                           Boris Rozman
                                           Printed name

                                           Managing Member
                                           Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Career Matching Platform, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Listed Classifieds 1332 Pebble Drive San Carlos San Carlos, CA 94070 | | Accounts Payable | | | | $13,860.00 |
| Boris Rozman 157 East 86th Street New York, NY 10028 | | Loan to Debtor | | | | $100,000.00 |
| Boris Rozman 157 East 86th Street New York, NY 10028 | | Unpaid Salary | | | | $100,000.00 |
| Capital Markets Placement, Inc. 157 East 86th St, 5th Floor New York, NY 10028 | | Accounts Payable | | | | $236,760.09 |
| Career Builder LLC 13047 Collection Center Drive Chicago, IL 60693 | | Accounts Payable | | | | $143,866.35 |
| Career Wallet Group 2 Mannin Way Lancaster England LA1 3SU United Kingdom | | Accounts Payable | | | | $25,663.81 |
| Connexus Digital Inc. 12253 NW 25th street Plantation Fort Lauderdale, FL 33323 | | Accounts Payable | | | | $113,350.00 |
| Everlong Media LLC 4025 Spencer Street, Ste 103 Torrance Torrance, CA 90503 | | Accounts Payable | | | | $11,204.32 |
| Jobble, Inc. 1 Lincoln St. Fl. 24 Boston, MA 02111 | | Accounts Payable | | | | $307,651.44 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   Career Matching Platform, Inc.
Name                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jobs2Careers.com/ Talroo, Inc. 6433 Champion Grandview Way Building 2 Suite 100 Austin, TX 78750 | | Accounts Payable | | | | $181,245.45 |
| Jobtraffic 103 Weaver Street Winsford CW7 4AA United Kingdom | | Accounts Payable | | | | $86,214.38 |
| Leading Commerce LLC 8 The Green Suite A Dover Dover, DE 19901 | | Accounts Payable | | | | $78,028.24 |
| My Job Helper / Surfin Mouse 33 Irving Pl FL 3 New York, NY 10003-2332 | | Accounts Payable | | | | $24,517.54 |
| Pushnami LLC 7421 Burnet Rd Suite 184 Austin, TX 78757 | | Accounts Payable | | | | $70,693.47 |
| Results Generation Group 8127 Mesa Drive Austin, TX 78759 | | Accounts Payable | | | | $97,028.46 |
| Ripplemint Holdings LLC 2863 West 95th Street Naperville, IL 60564 | | Accounts Payable | | | | $10,004.45 |
| SADA Systems Inc. 5250 Lankershim Blvd   Suite #620 North Hollywood, CA 91601 | | Accounts Payable | | | | $183,395.71 |
| Trending Jobs Gouwzee 3b Zeewolde The Netherlands 3891 GH | | Accounts Payable | | | | $26,650.54 |
| VHMnetwork LLC 270 Greenwich Ave 7th Fl. Greenwich, CT 06830 | | Accounts Payable | | | | $41,906.99 |
| Zippia Inc. 199 California Drive 206 Millbrae, CA 94030 | | Accounts Payable | | | | $31,722.11 |

**Fill in this information to identify the case:**

Debtor name    Career Matching Platform, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................    $ _____ 0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................................    $ _____ 402,899.37

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................    $ _____ 402,899.37

**Part 2:**    **Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................    $ _____ 0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____ 1,926,406.80

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b      $ _____ 1,926,406.80

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   Career Matching Platform, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo Bank | Checking | 8251 | $724.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $724.00

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 526,022.60 | - | 197,258.40 | = .... | $328,764.20 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Career Matching Platform, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 101,457.87 | - | 38,046.70 | =.... | $63,411.17 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.** | $392,175.37
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| Chairs, Desks and other furniture | Unknown | Debtor's opinion on liquidation value | $5,000.00 |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and Misc. Software's | Unknown | Debtor's opinion on liquidation value | $5,000.00 |

**42.   Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.** | $10,000.00
Add lines 39 through 42.   Copy the total to line 86.

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Career Matching Platform, Inc.                                    Case number *(If known)* _____
            _____
            Name

☒ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Business Lease for property located at 157 East 86th St, 5th Floor New York, NY, 10028. Premises Leased from Natallia Rozman | Tenant | Unknown | Debtor's opinion on liquidation value | Unknown |

**56.**    **Total of Part 9.**                                                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites** Domain - @cpmjobs.com | Unknown | | Unknown |
| Domain- @localjobs.com | Unknown | | Unknown |

Debtor __Career Matching Platform, Inc._____      Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| | Software License- Capital Markets | Unknown | Debtor's opinion on liquidation value | Unknown |
| | Software License- PTP.io | Unknown | Debtor's opinion on liquidation value | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Emailing Software | Unknown | Debtor's opinion on liquidation value | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | Potential Lawsuit against NextStage LLC | Unknown |
| | **Nature of claim**          Malpractice Claim | |
| | **Amount requested**          $0.00 | |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 4

Debtor      Career Matching Platform, Inc.                                    Case number *(If known)*_____
                    Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Debtor    Career Matching Platform, Inc.                                         Case number *(If known)* _____
       *Name*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $724.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $392,175.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $402,899.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $402,899.37 |

| Fill in this information to identify the case: |
|---|

Debtor name    Career Matching Platform, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** <br> **Amount of claim** <br><br> Do not deduct the value of collateral. | **Column B** <br> **Value of collateral that supports this claim** |
|---|---|---|

**2.1** | Goodman Capital Finance

Creditor's Name

3010 LBJ Freeway, Suite 140
Dallas, TX 75234

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
20% of Client Accounts

**Describe the lien**
Factoring Agreement- UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Unknown    Column B: $0.00

**2.2** | Transportation Alliance Bank, Inc.

Creditor's Name

4185 Harrison Blvd., Suite 200
American Fork, UT 84003

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
The Debtor Believes that the claim is paid in full and the creditor needs to file a termination of UCC-1

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00    Column B: $0.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Career Matching Platform, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name  Career Matching Platform, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
American Listed Classifieds
1332 Pebble Drive San Carlos
San Carlos, CA 94070

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  April 2024
**Basis for the claim:**  Accounts Payable

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**$13,860.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
BeeBee Platforms SL
C/O Sebastian Elcano
32, bajo oficina 2
Madrid, Spain 28012

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  April 2024
**Basis for the claim:**  Accounts Payable

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**$6,268.51**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Boris Rozman
157 East 86th Street
New York, NY 10028

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:**  Loan to Debtor

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**$100,000.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Boris Rozman
157 East 86th Street
New York, NY 10028

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:**  Unpaid Salary

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**$100,000.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**
Capital Markets Placement, Inc.
157 East 86th St, 5th Floor
New York, NY 10028

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  April 2024
**Basis for the claim:**  Accounts Payable

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**$236,760.09**

| Debtor | Career Matching Platform, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,866.35 |
|---|---|---|---|

Career Builder LLC
13047 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,663.81 |
|---|---|---|---|

Career Wallet Group
2 Mannin Way
Lancaster England
LA1 3SU United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,350.00 |
|---|---|---|---|

Connexus Digital Inc.
12253 NW 25th street Plantation
Fort Lauderdale, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,068.82 |
|---|---|---|---|

Counter Group Limited
86-90 Paul Street London England EC2A 4NE
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,204.32 |
|---|---|---|---|

Everlong Media LLC
4025 Spencer Street, Ste 103 Torrance
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,138.85 |
|---|---|---|---|

Forte Media Solutions LLC
1100 E, Hector Street, Suite 210
Conshohocken, PA 19428-2374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307,651.44 |
|---|---|---|---|

Jobble, Inc.
1 Lincoln St. Fl. 24
Boston, MA 02111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,245.45 |
|---|---|---|---|

Jobs2Careers.com/ Talroo, Inc.
6433 Champion Grandview Way Building 2
Suite 100
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2024

**Basis for the claim:** Accounts Payable

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Career Matching Platform, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.14** | Nonpriority creditor's name and mailing address
Jobtraffic
103 Weaver Street Winsford CW7 4AA
United Kingdom

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$86,214.38**

---

**3.15** | Nonpriority creditor's name and mailing address
Leading Commerce LLC
8 The Green Suite A Dover
Dover, DE 19901

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$78,028.24**

---

**3.16** | Nonpriority creditor's name and mailing address
My Job Helper / Surfin Mouse
33 Irving Pl FL 3
New York, NY 10003-2332

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$24,517.54**

---

**3.17** | Nonpriority creditor's name and mailing address
Nextstage LLC
1401 Lavaca Street Unit #383
Austin, TX 78701

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$7,250.00**

---

**3.18** | Nonpriority creditor's name and mailing address
Pushnami LLC
7421 Burnet Rd Suite 184
Austin, TX 78757

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$70,693.47**

---

**3.19** | Nonpriority creditor's name and mailing address
Results Generation Group
8127 Mesa Drive
Austin, TX 78759

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$97,028.46**

---

**3.20** | Nonpriority creditor's name and mailing address
Ripplemint Holdings LLC
2863 West 95th Street
Naperville, IL 60564

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$10,004.45**

---

**3.21** | Nonpriority creditor's name and mailing address
SADA Systems Inc.
5250 Lankershim Blvd   Suite #620
North Hollywood, CA 91601

**Date(s) debt was incurred** April 2024
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset? ☒ No ☐ Yes

**$183,395.71**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Career Matching Platform, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Sercanto<br>4 Via Calzabigi Livorno Toscana 57125 Italy | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,917.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2024 | **Basis for the claim:** Accounts Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>The Partner Agency LLC<br>200 S Wilcox St 229<br>Castle Rock, CO 80104 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2024 | **Basis for the claim:** Accounts Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Trending Jobs<br>Gouwzee 3b Zeewolde The Netherlands 3891 GH | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,650.54 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2024 | **Basis for the claim:** Accounts Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>VHMnetwork LLC<br>270 Greenwich Ave 7th Fl.<br>Greenwich, CT 06830 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,906.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2024 | **Basis for the claim:** Accounts Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>Zippia Inc.<br>199 California Drive 206<br>Millbrae, CA 94030 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,722.11 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2024 | **Basis for the claim:** Accounts Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   0.00 |
| **5b. Total claims from Part 2** | 5b. + | $   1,926,406.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   1,926,406.80 |

Fill in this information to identify the case:

Debtor name    Career Matching Platform, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for property located at 157 East 86th St, 5th Floor New York, NY, 10028 | |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | Natallia Rozman<br>8 Skahen Dr.<br>Tomkins Cove, NY 10986 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Software Licenses | |
| | State the term remaining | | |
| | List the contract number of any government contract | | SADA Systems Inc.<br>5250 Lankershim Blvd    Suite #620<br>North Hollywood, CA 91601 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Career Matching Platform, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name   Career Matching Platform, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $8,236,459.61 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $7,707,653.00 |
| For the fiscal year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $9,543,017.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Career Matching Platform, Inc.                                    Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Alejandro Farias | 3/24/2024 | $9,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.2. | Monster, Inc.<br>PO Box 416803<br>Boston, MA 02241-6803 | 05/07/2024;<br>05/02/2024;<br>4/17/2024;<br>03/08/2024;<br>02/20/2024 | $58,350.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Everlong Media, LLC<br>4025 Spencer St.<br>Suite #103<br>Torrance, CA 90503 | 04/08/2024 ;<br>02/29/2024;<br>7/5/2024 | $49,892.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Jobg8 Inc.<br>675 Alpha Drive Highland Heights<br>Cleveland, OH 44143 | 04/17/2024;3/<br>29/2024;03/1<br>9/2024 | $25,962.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Lensa Inc.<br>17 West Gay Street, Suite 50<br>West Chester, PA 19380 | 03/28/2024 | $77,284.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | 3DMA OOD<br>12 Ul. Tri Ushi str. R-N VAZRAZHDANE<br>DISTR., AP. OFIS 1, FLOOR 1 Sofia,<br>1303 Bulgaria | 04/23/2024;<br>03/27/2024 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Adzuna Limited<br>Alexander House 14-16 Peterborough<br>Road London, SW6 3BN United Kingdom | 04/11/2024;0<br>4/08/2024;02/<br>21/2024;02/0<br>5/2024; | $7,927.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | AlltheTopBananas Group<br>Northfields Ind. Estate, Blenheim Way,<br>Market Deeping, Lincolnshire, England,<br>PE6 8LD | 02/09/2024;<br>05/06/2024 | $18,943.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | American Listed Classifieds<br>1332 Pebble Drive San Carlos<br>San Carlos, CA 94070 | 04/22/2024 ;<br>03/22/2024 ;<br>02/06/2024 | $9,337.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Career Matching Platform, Inc.                                Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10. | Appcast Inc.<br>10 Water Street, Suite 150<br>Lebanon, NH 03766 | 4/29/2024;04/11/2024;04/11/2024;03/27/2024;03/27/2024;02/28/2024;02/28/2024;02/28/2024;02/21/2024 | $12,356.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | Artem Kazantsev | 04/08/2024;03/27/2024;06/05/2024 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | Career Builder LLC<br>13047 Collection Center Drive<br>Chicago, IL 60693 | 02/06/2024 | $39,904.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | JobRapido Srl<br>Via Paleocapa, 7 - 20121 Milan (MI) - Italy | 02/21/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | Jobs2Careers.com/ Talroo, Inc.<br>6433 Champion Grandview Way Building<br>2 Suite 100<br>Austin, TX 78750 | 02/08/2024 | $33,465.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | Leading Commerce LLC<br>8 The Green Suite A Dover<br>Dover, DE 19901 | 02/21/2024 | $9,032.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | Matt Simpson | 04/25/2024;04/09/2024;04/04/2024;03/28/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | My Job Helper / Surfin Mouse<br>33 Irving Pl FL 3<br>New York, NY 10003-2332 | 03/07/2024;02/27/2024;05/06/2027 | $36,134.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | Net Temps Inc.<br>675 Alpha Dr, Ste E Highland Heights<br>Cleveland, OH 44143 | 04/03/2024;03/27/2024;03/01/2024 | $12,835.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   Career Matching Platform, Inc. _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. Refer.Io<br>41 N 300 W Suite B<br>Washington, UT 84780 | 04/02/2024;0<br>3/13/2024;02/<br>21/2024 | $12,114.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. VHMnetwork LLC<br>270 Greenwich Ave 7th Fl.<br>Greenwich, CT 06830 | 02/20/2024;<br>05/06/2024 | $19,944.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. Connexus Digital Inc.<br>12253 NW 25th street Plantation<br>Fort Lauderdale, FL 33323 | 02/09/2024 | $31,832.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. Jobble, Inc.<br>1 Lincoln St. Fl. 24<br>Boston, MA 02111 | 02/23/2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Results Generation Group<br>8127 Mesa Drive<br>Austin, TX 78759 | 03/01/2024 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. SADA Systems Inc.<br>5250 Lankershim Blvd   Suite #620<br>North Hollywood, CA 91601 | 03/01/2024;<br>13/14/2024;<br>04/10/2024 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Real Jobs Network<br>157 East 86th St.<br><br>New York, NY 10028 | 05/07/2024;<br>05/02/2024 | $43,443.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Capital Markets Placement, Inc.<br>157 East 86th St, 5th Floor<br>New York, NY 10028<br>Affiliate | 03/22/2024;<br>05/03/2024 | $69,723.00 | The Debtor buys its software from its non-debtor Affiliate Capital Markets Placement Inc. This amount reflects the payment for the same. |

| Debtor | Career Matching Platform, Inc. | Case number *(if known)* | |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | GoodWill 15810 Indianola Drive Derwood, MD 20855 | Donation | 2022 | $2,773.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | ActBlue 366 Summer Street Somerville, MA 02144 | Donation | 2023 | $2,838.00 |
| | Recipients relationship to debtor | | | |

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Career Matching Platform, Inc.                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.   Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | Pre-Petition Retainer | 4/15/2024 | $5,000.00 |
| Email or website address<br>dkirby@kacllp.com | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.   Kirby Aisner & Curley LLP<br>700 Post Road, Suite 237<br>Scarsdale, NY 10583 | Pre-Petition Retainer | 05/06/2024 | $21,738.00 |
| Email or website address<br>dkirby@kacllp.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    Career Matching Platform, Inc.                                    Case number *(if known)*

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Debtor | Career Matching Platform, Inc. | Case number *(if known)* |
|--------|-------------------------------|--------------------------|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   Nextstage LLC
1401 Lavaca Street Unit #383
Austin, TX 78701 | 2022 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor   Career Matching Platform, Inc.                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   Marcum LLP 730 3rd Avenue 11th Floor New York, NY 10017 | 2022- Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Marcum LLP 730 3rd Avenue 11th Floor New York, NY 10017 | |
| 26c.2.   NextStage Advisory LLP 1401 Lavaca Street Unit #383 Austin, TX 78701 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Boris Rozman | 157 East 86th Street New York, NY 10028 | Managing Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Career Matching Platform, Inc.    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Boris Rozman<br>157 East 86th Street<br>New York, NY 10028 | $5000 | 05/03/2024 | Salary for May 2024 |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.2. | Boris Rozman<br>157 East 86th Street<br>New York, NY 10028 | $2000 | 04/01/2024 | Reimbursement for Business Expense |
| | **Relationship to debtor**<br>Managing Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 7, 2024

/s/   Boris Rozman                                    Boris Rozman
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re   Career Matching Platform, Inc.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Boris Rozman<br>157 East 86th Street<br>New York, NY 10028 | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 7, 2024

Signature   /s/ Boris Rozman

Boris Rozman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Career Matching Platform, Inc.                                    Case No. _____
                                          Debtor(s)              Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................    $ _____ 26,738.00

    Prior to the filing of this statement I have received .......................................    $ _____ 26,738.00

    Balance Due ...............................................................................................    $ _____ 0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
        b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
        c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
        d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
        e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
        f. To advise the Debtor in connection with any potential sale of the business.
        g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
        h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
        i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor and its creditors.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

In re    Career Matching Platform, Inc.                                    Case No. _____
                                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 7, 2024
*Date*

/s/ Dawn Kirby

Dawn Kirby
*Signature of Attorney*
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500   Fax:
dkirby@kacllp.com
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re    Career Matching Platform, Inc.                                    Case No.
                                            Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    May 7, 2024                          /s/  Boris Rozman
                                               Boris Rozman/Managing Member
                                               Signer/Title

American Listed Classifieds
1332 Pebble Drive San Carlos
San Carlos, CA 94070


BeeBee Platforms SL
C/O Sebastian Elcano
32, bajo oficina 2  Madrid, Spain 28012


Boris Rozman
157 East 86th Street
New York, NY 10028


Capital Markets Placement, Inc.
157 East 86th St, 5th Floor
New York, NY 10028


Career Builder LLC
13047 Collection Center Drive
Chicago, IL 60693


Career Wallet Group
2 Mannin Way  Lancaster England
LA1 3SU United Kingdom


Connexus Digital Inc.
12253 NW 25th street Plantation
Fort Lauderdale, FL 33323


Counter Group Limited
86-90 Paul Street London England EC2A 4N


Everlong Media LLC
4025 Spencer Street, Ste 103 Torrance
Torrance, CA 90503


Forte Media Solutions LLC
1100 E, Hector Street, Suite 210
Conshohocken, PA 19428-2374


Goodman Capital Finance
3010 LBJ Freeway, Suite 140
Dallas, TX 75234


Jobble, Inc.
1 Lincoln St. Fl. 24
Boston, MA 02111


Jobs2Careers.com/ Talroo, Inc.
6433 Champion Grandview Way Building 2 S
Austin, TX 78750


Jobtraffic
103 Weaver Street Winsford CW7 4AA
United Kingdom

Leading Commerce LLC
8 The Green Suite A Dover
Dover, DE 19901

My Job Helper / Surfin Mouse
33 Irving Pl FL 3
New York, NY 10003-2332

Natallia Rozman
8 Skahen Dr.
Tomkins Cove, NY 10986

Nextstage LLC
1401 Lavaca Street Unit #383
Austin, TX 78701

Pushnami LLC
7421 Burnet Rd Suite 184
Austin, TX 78757

Results Generation Group
8127 Mesa Drive
Austin, TX 78759

Ripplemint Holdings LLC
2863 West 95th Street
Naperville, IL 60564

SADA Systems Inc.
5250 Lankershim Blvd  Suite #620
North Hollywood, CA 91601

Sercanto
4 Via Calzabigi Livorno Toscana 57125 It

The Partner Agency LLC
200 S Wilcox St 229
Castle Rock, CO 80104

Transportation Alliance Bank, Inc.
4185 Harrison Blvd., Suite 200
American Fork, UT 84003

Trending Jobs
Gouwzee 3b Zeewolde The Netherlands 3891

VHMnetwork LLC
270 Greenwich Ave 7th Fl.
Greenwich, CT 06830

Zippia Inc.
199 California Drive 206
Millbrae, CA 94030

# United States Bankruptcy Court
## Southern District of New York

In re    Career Matching Platform, Inc.                                    Case No.
                                              Debtor(s)      Chapter      11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Career Matching Platform, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Boris Rozman
157 East 86th Street
New York, NY 10028

☐ None [*Check if applicable*]

May 7, 2024                                  /s/ Dawn Kirby
Date                                         Dawn Kirby
                                             Signature of Attorney or Litigant
                                             Counsel for    Career Matching Platform, Inc.
                                             Kirby Aisner & Curley LLP
                                             700 Post Road
                                             Suite 237
                                             Scarsdale, NY 10583
                                             (914) 401-9500  Fax:
                                             dkirby@kacllp.com